OPINION — AG — ** JUROR FEES IN CIVIL ACTION ** JUROR FEES IN CIVIL ACTIONS FILED IN MUNICIPAL COURT, SUCH AS IS REFERRED TO BY YOU, SHOULD BE PAID BY THE COURT CLERK TO THE PERSONS SERVING ON THE JURY OF SAID ACTION. (REIMBURSEMENT OF JURORS, FEES, PER DIEM, MILEAGE) CITE: 11 O.S. 831 [11-831], 11 O.S. 856 [11-856] [11-856], 11 O.S. 852 [11-852], 28 O.S. 86 [28-86] [28-86] (FRED HANSEN)